UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM M. BRYSON, JR.<br>FED. REG. NO. 95662-071 | CIVIL ACTION NO. 1:08-CV-0142 |
| VS. | SECTION P<br>JUDGE DRELL |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE KIRK |

## REPORT AND RECOMMENDATION

Federal prisoner William M. Bryon, Jr., has filed another *pro se habeas corpus* petition collaterally attacking his conviction in the United States District Court for the District of South Carolina.[1]

For the reasons provided in the Report and Recommendation filed in the <u>William M. Bryson, Jr. v. Fredrick Menifee, Warden</u>, No. 1:07-cv-1830 at rec. doc. 10, the undersigned again recommends summary dismissal of the instant petition.

In addition, it should be noted that this filing is Mr. Bryson's sixth attempt to collaterally attack the South Carolina conviction in this court. [See <u>William M. Bryson, Jr. v. Fredrick Menifee, Warden</u>, No. 1:07-cv-1830, rec. doc. 10, at footnote 2] Mr. Bryson's repeated frivolous filings constitute an abuse of the writ. Dismissal on that basis and the imposition of sanctions are now in order. See <u>Davis v. Fechtel</u>, 150 F.3d 486 (5th Cir. 1998).

---

[1] See <u>United States of America v. William M. Bryson, Jr.</u>, No. 8:01-cr-00240 (D.S.C.)

Therefore,

**IT IS RECOMMENDED** that petitioner's Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED WITH PREJUDICE** for the reasons provided in the Report and Recommendation filed in the <u>William M. Bryson, Jr. v. Fredrick Menifee, Warden</u>, No. 1:07-cv-1830 at rec. doc. 10, and, because the petition constitutes an abuse of the writ;

**IT IS FURTHER RECOMMENDED** that the court impose appropriate sanctions on the petitioner including but not limited to monetary fines or restrictions on petitioner's ability to file further *pro se* actions in this Court.

In Chambers, Alexandria, Louisiana March 5th, 2008.

_____
JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE