

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM M. BRYSON, JR.<br>FED. REG. NO. 95662-071<br>VS.<br><br>UNITED STATES OF AMERICA | CIVIL ACTION NO. 1:08-CV-0142<br><br>SECTION P<br><br>JUDGE DRELL<br>MAGISTRATE JUDGE KIRK |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that petitioner's Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED WITH PREJUDICE**; and,

**IT IS FURTHER ORDERED** that the following sanctions be imposed: A fine of $100. Additionally the Clerk will not accept for filing any pleading from Mr Bryson without written authorization from a Judge of this Court

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 25 day of March, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE